1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ADAM S. RAMIREZ,  Case No. 2:19-cv-00152-PA (AFM)

12 Petitioner,

13 v.  **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14 JARED LOZANO, Acting Warden,

15 Respondent.

16

17     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18 Habeas Corpus, records on file and the Report and Recommendation of United States

19 Magistrate Judge. The time for filing Objections to the Report and Recommendation

20 has passed and no Objections have been received. The Court accepts the findings and

21 recommendation of the Magistrate Judge.

22     IT THEREFORE IS ORDERED that Judgment be entered (1) denying the

23 Petition; and (2) dismissing the action with prejudice.

24

25 DATED:   June 9, 2019

26 _____

27 PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

28