# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM S. RAMIREZ,<br><br>        Petitioner,<br><br>    v.<br><br>JARED LOZANO, Acting Warden,<br><br>        Respondent. | Case No. 2:19-cv-00152-PA (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of ADAM S. RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 9, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE